**EX PARTE SEALED CASE**
**(In re: Sealed Case)**

CR-14-0360

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. granted

**EX PARTE Thomas Eric ATCHLEY**

CR-14-0365

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. denied

**Aljay LOCKETT**

v.

**STATE**

CR-14-0366

Court of Criminal·Appeals of Alabama.

03/06/2015

Affirmed

**EX PARTE Cecil M. FERGUSON**
**and William W. Horsman III**

CR-14-0369

Court of Criminal Appeals of Alabama.

02/03/2015

Transferred to Ct. of Civ. App.

**EX PARTE Jason Lane CLARK**

CR-14-0370

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. denied

**EX PARTE Arthur Lee HALL**

CR-14-0372

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. dismissed